JACK ANSTENDIG, Respondent, *v.* A. C. & H. H. HALL REALTY
COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, December 13, 1934.

*Raymond E. Stringham,* for the appellant.

*Max Bernard Schradron,* for the respondent.

PER CURIAM. The cause of action stated in the informal and
unverified complaint being for conversion of property an inquest
before the court was a necessary preliminary to the entry of judgment. (*Cassin* v. *Scala,* 153 Misc. 425.)

While the intemperate language of the defendant's attorney is
disapproved, leave should be granted to renew the motion to open
the default in appearance for examination on proper papers.

Judgment reversed, orders for examination and striking out
answer affirmed, with leave to defendant within ten days after
service of order entered hereon to renew motion to open default.

Appeal from order denying motion to vacate judgment dismissed.

All concur; present, LYDON, HAMMER and SHIENTAG, JJ.